**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0052

## MEMORANDUM

TO:   Counsel of Record

FROM:   Judge Roger W. Titus

RE:   *USA v. Robert Neil Sampson*
       Criminal Case No. RWT-13-0357

DATE:   September 12, 2014

* * * * * * * * *

Subsequent to the hearing conducted in this case on September 12, 2014, the Court contacted the Court of Appeals of Maryland regarding the disputed cross-designation of the Honorable Albert W. Northrop, Circuit Court Judge for the Seventh Judicial Circuit (Prince George's County).

The Court was advised by the Chief Clerk, Bessie Decker, that, by order of the Court of Appeals of Maryland dated June 29, 2012, which is attached hereto, Judge Northrop was cross-designated as a District Court Judge, giving him authority to issue a search warrant for a location in any county in Maryland. *See Birchead v. Maryland*, 566 A.2d 488, 491. By a modified order dated December 14, 2012, also attached hereto, the Court of Appeals of Maryland modified the June 29, 2012 order to remove the Honorable Thomas P. Smith from the list of cross-designees. This revision did not affect the cross-designation or authority of any of the other judges listed in the order. Accordingly, Judge Northrop had the full authority of a District Court Judge to issue search warrants for any location in any county in Maryland during the entire period from June 29, 2012 to December 14, 2012, including September 21, 2012, when the warrant at issue here was issued. If anyone has any questions as to the authenticity of the orders attached to this Memorandum, please advise the Court prior to sentencing on Wednesday, September 17 at 2:00 p.m. Otherwise, the Court will consider the warrants issued by Judge Northrop in this case to have been within his authority.

_____/s/_____
Roger W. Titus
United States District Judge